# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| LEON C. GAY, JR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:06-cv-02311-UWC-PWG |
| GEORGE W. BUSH, | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 17, 2006, recommending that this action be dismissed as frivolous and for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e)(2). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous and for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2). A Final Judgment will be entered.

Done the 29th day of November, 2006.

U.W. Clemon
United States District Judge